## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTINA LACHAPELLE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 18-cv-00535-WES-PAS |
| v. | ) ) |
| TIME INC. et al | ) ) |
| Defendant | ) ) |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Civil Rule 29 of the Local Rules for the United States District Court for the District of Rhode Island that the deadline for Defendants Time Inc. and Meredith Corp. to answer, move, or otherwise plead to Count II of the Amended Complaint shall be twenty-eight days from the date of the Court's issuance of its Memorandum of Decision to accompany the September 30, 2019 Text Order.

Dated: October 14, 2019                                     Respectfully submitted,

Counsel for Plaintiff                                       Counsel for Defendant

/s/ Joseph I. Marchese                                      /s/ Jeffrey Landis
Scott A. Bursor*                                            Jeffrey G. Landis (*pro hac vice*)
Joseph I. Marchese (*pro hac vice*)                         Zachary Lerner (*pro hac vice*)
Philip L. Fraietta (*pro hac vice*)                         ZWILLGEN PLLC
BURSOR & FISHER, P.A.                                       1900 M St. NW, Ste 250
888 Seventh Avenue                                          Washington, DC 20036
New York, NY 10019                                          jeff@zwillgen.com
scott@bursor.com                                            zach@zwillgen.com
jmarchese@bursor.com                                        Tel: (202) 296-3585
pfraietta@bursor.com                                        Fax: (202) 706-5298
Tel: (646) 837-7150
Fax: (212) 989-9163                                         Elizabeth McDonough Noonan (R.I. Bar # 4226)
*Pro hac vice forthcoming                                   ADLER POLLOCK & SHEEHAN P.C.
                                                            One Citizens Plaza, 8th Floor
Peter N. Wasylyk (R.I. Bar # 3351)                          Providence, RI 00903
LAW OFFICES OF PETER N. WASYLYK                             enoonan@apslaw.com
1307 Chalkstone Avenue                                      Tel:  (401) 274-7200
Providence, RI 02908                                        Fax:  (401) 351-4607
pnwlaw@aol.com
Tel: (401) 831-7730
Fax: (401) 861-6064

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing STIPULATION was filed through the ECF system this 14th day of October, 2019, and will be sent via the ECF system to registered participants, including the following:

>Peter N. Wasylyk
>Law Offices of Peter N. Wasylyk
>1307 Chalkstone Avenue
>Providence, RI 02908
>pnwlaw@aol.com
>
>Scott A. Bursor*
>Joseph I. Marchese (*pro hac vice*)
>Philip L. Fraietta (*pro hac vice*)
>BURSOR & FISHER, P.A.
>888 Seventh Avenue
>New York, NY 10019
>scott@bursor.com
>jmarchese@bursor.com
>pfraietta@bursor.com

>/s/ Jeffrey Landis
>Jeffrey Landis