UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                               )
CHRISTINA LACHAPELLE,          )
individually and on behalf of  )
all others similarly situated, )
                               )     C.A. No. 18-535
          Plaintiff,           )
                               )
     v.                        )
                               )
TIME INC. and MEREDITH         )
CORPORATION,                   )
                               )
          Defendants.          )
_____)
```

**MEMORANDUM AND ORDER**

WILLIAM E. SMITH, District Judge.

On September 30, 2019, this Court issued a text order granting Defendants' Motion to Dismiss, ECF No. 15, as to Count I and denying the motion as to Count II of the Amended Complaint, ECF No. 14. See September 30, 2019 Text Order. The Court VACATES that text order. For the reasons discussed in Watterson v. Trusted Media Brands, Inc., C.A. No. 18-520 (D.R.I. Feb. 19, 2020), ECF No. 17, the Court now GRANTS Defendants' motion in full.

IT IS SO ORDERED.

_____
William E. Smith
District Judge
Date: February 21, 2020