# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

```
CHRISTINA LACHAPELLE,
     Plaintiff,


     v.                                    C.A. No. 18-535 WES


TIME INC., et al.,
     Defendants.
```

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Memorandum and Order entered by the Court on February 21st, 2020 by this Court.

    Enter:

    /s/ Ryan H. Jackson

    Deputy Clerk

Dated: February 25th, 2020